IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSINNIE E. JOHNSON**                                                                                    **PLAINTIFF**
**ADC #160272**

v.                                          No. 4:22-CV-01220-LPR

**SAMUEL BAKER, et al.**                                                                                **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris.[1] No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[2]

Accordingly, Defendants' Motion for Summary Judgment (Doc. 16) is GRANTED. Plaintiff's claims are DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.[3]

---

[1] Doc. 21.

[2] One small quirk is worth noting. On pages 6–7 of the RD, Judge Harris states that the Plaintiff "has not alleged that prison officials prevented him from using the grievance procedures . . . ." That's probably right. But even if Plaintiff's Complaint could be construed as making such an allegation, it would be properly considered a conclusory allegation, and Plaintiff certainly has provided no evidence from which a jury could reasonably find for him on this point. That's especially true given his failure to respond to the summary judgment papers and the consequent admission of all the facts set out in Defendants' Statement of [Undisputed] Material Facts (Doc. 18).

[3] It appears the RD was returned as undeliverable because the Plaintiff is no longer at the detention facility. *See* Doc. 22. It is Plaintiff's responsibility to update his address. Local Rule 5.5(c)(2). However, out of an abundance of caution, the Court will give Plaintiff 30 days to update his address with the Court and file objections to the RD. Plaintiff must file any such objections in the form of a Motion to Reconsider this Order of dismissal and the corresponding Judgment. If Plaintiff does file such a Motion, the Court will reconsider *de novo* any part of the RD that is properly objected to and evaluate whether this case should be re-opened.

IT IS SO ORDERED this 24th day of January 2024.

                                                _____
                                                LEE P. RUDOFSKY
                                                UNITED STATES DISTRICT JUDGE